FILED SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 OCT 18 PM 4: 29

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:22CR 240 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §§ 922(j) and (u) & |
| TERRY BARFIELD, | 18 U.S.C. § 924(a)(2) and (i)] |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about August 8, 2022, in the District of Nebraska, Defendant TERRY BARFIELD, stole and unlawfully took and carried away from the premises of a person who is licensed to engage in the business of importing, manufacturing, and dealing in firearms, any firearm in the licensee's business inventory that has been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(u) and 924(i).

## COUNT II

On or about August 8, 2022, and continuing to on or about August 19, 2022, in the District of Nebraska, Defendant TERRY BARFIELD, knowingly possessed stolen firearms, to wit: a Glock 34 9x19 caliber handgun and a CZ P-10c 9mm caliber handgun, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
CHRISTOPHER L. FERRETTI
Assistant U.S. Attorney